~~March 31, 2020~~

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

           -v-

MAURISIO STEWART,

                  Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY TELEPHONE**

20 -CR- 83   (CS) (LMS)

Defendant ___MAURISIO STEWART___ hereby voluntarily consents to participate in the following proceeding via ~~videoconferencing~~ telephone conferencing:

___  Initial Appearance/Appointment of Counsel

___  Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Preliminary Hearing on Felony Complaint

_XX_  Bail/Revocation/Detention Hearing

___  Status and/or Scheduling Conference

___  Misdemeanor Plea/Trial/Sentence


__/S/ MAURISIO STEWART – added with verbal permission from Defendant__

Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__MAURISIO STEWART__
Print Defendant's Name

/S/ SUSANNE BRODY – added w/ permission
Defense Counsel's Signature

_____SUSANNE BRODY_____
Print Defense Counsel's Name

This proceeding was conducted by reliable ~~videoconferencing~~ telephone technology.

*/s/ Lisa Margaret Smith*

__5/8/2020__
Date

_____
U.S. District Judge/U.S. Magistrate Judge