# UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed:
```

United States District Court
Southern District of New York
-----------------------------------------------------------X
United States of America,

        Plaintiff               **SCHEDULING ORDER**

   -against-

                                     20-CR-83 (CS)

Maurisio Stewart
                Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a Change of Counsel Hearing for 9/4/2020 at 3 pm before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739. Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated:   September 2, 2020
         White Plains, New York

                                  SO ORDERED:

                                  s/      PED
                                  _____

                                PAUL E. DAVISON
                                United States Magistrate Judge