UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

          -against-

Maurisio Stewart

          Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**VIDEO OR TELE CONFERENCE**

20-CR-83 (CS)

Defendant Maurisio Stewart hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐     Initial Appearance Before a Judicial Officer

☐     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐     Guilty Plea/Change of Plea Hearing

☐     Bail/Detention Hearing

☒     Conference Before a Judicial Officer - Assignment of Counsel

/s/ Maurisio Stewart
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant

/s/
Defendant's Counsel's Signature

Maurisio Stewart
Print Defendant's Name

Susanne Brody
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

September 4, 2020
Date

_____
U.S. District Judge/U.S. Magistrate Judge