UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
        United States of America,

                                                                       **NOTICE OF COURT**
                                                                           **CONFERENCE**

                -against-

                                                                          7:20-CR-00083 (CS)

        Maurisio Stewart,
                        Defendant(s).
-----------------------------------------------------------------X

A Status Conference is scheduled for **September 24, 2020 at 3:30 p.m.** before the Honorable

Cathy Seibel at the Charles L. Brieant United States District Courthouse, 300 Quarropas Street,

White Plains, New York 10601in Courtroom 620.


                                                                          /s/ Walter Clark, Courtroom Deputy


Dated:   September 24, 2020
             White Plains, New York