**CALHOUN & LAWRENCE, LLP**
ATTORNEYS AT LAW
81 MAIN STREET
SUITE 504
WHITE PLAINS, NEW YORK 10601

CLINTON W. CALHOUN, III*
KERRY A. LAWRENCE**

REBECCA R. BROWN**

*ALSO ADMITTED IN VA & DC
**ALSO ADMITTED IN CT

(914) 946-5900

FAX (914) 946-5906

October 8, 2020

**BY ECF**
Honorable Cathy Seibel
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

  Re: **United States v. Maurisio Stewart**
     **20 Cr. 83 (CS)**

Dear Judge Seibel:

  I am the attorney for Maurisio Stewart, a defendant in the above-referenced matter, appointed pursuant to the Criminal Justice Act. I write requesting that the Court appoint my associate, Rebecca Brown, to be compensated *nunc pro tunc* for work as early as September 24, 2020, and to continue to assisting me in this case, including reviewing the discovery that the Government has produced, engaging in legal research and drafting motions, and assisting in the trial of this defendant.

  I am seeking authorization for Ms. Brown to work up to 125 hours on this matter. At the conclusion of this case, she will submit a voucher subject to Court approval. I am asking that Ms. Brown be approved at a rate of $110/hour, which is a rate typical for associates with her level of experience.

  If the foregoing meets with the Court's approval, then I respectfully request that Your Honor "So Order" this letter.

Thank you for your consideration in this matter.

             Respectfully submitted,

             Kerry A. Lawrence

/kvm

**Application granted.**

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

10/8/20