```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                              :
UNITED STATES OF AMERICA,                     :      20 CR 83 (CS)
                                              :
       -against-                              :      NOTICE OF MOTION
                                              :
MAURISIO STEWART,                             :
                                              :
                       Defendant.             :
                                              :
-----------------------------------------------------------------X
```

**PLEASE TAKE NOTICE** that, upon the annexed affirmation of Kerry A. Lawrence, Esq., the accompanying affidavit of defendant Maurisio Stewart; and the accompanying memorandum of law, as well as the pleadings and all prior proceedings herein, Defendant Maurisio Stewart will move before the Honorable Cathy Seibel, United States District Court Judge, at the United States Courthouse, 300 Quarropas Street, White Plains, New York 10601, at a date and time to be set by the court, for an Order:

(1) Suppressing evidence regarding defendant's post-arrest statements to law enforcement, Fed. R. Crim P. 12 (b)(3)(c);

(2) Suppressing physical evidence recovered from defendant's hotel room, Fed. R. Crim P. 12 (b)(3)(c); and

(2) For such further relief as the Court may deem just and proper, including conducting an evidentiary hearing.

Dated: White Plains, New York
       November 2, 2020

                                              CALHOUN & LAWRENCE, LLP

                                        By:   _____
                                              Kerry A. Lawrence, (KL 0530)
                                              81 Main Street, Suite 504
                                              White Plains, NY 10601
                                              (914) 946-5900

                                              *ATTORNEYS FOR DEFENDANT*
                                              *MAURISIO STEWART*

To:    Nicholas S. Bradley, Esq.
       Assistant United States Attorney
       300 Quarropas Street
       White Plains, New York 10601