CALHOUN & LAWRENCE, LLP
ATTORNEYS AT LAW
81 MAIN STREET
SUITE 504
WHITE PLAINS, NEW YORK 10601

CLINTON W. CALHOUN, III*
KERRY A. LAWRENCE**

REBECCA R. BROWN**

*ALSO ADMITTED IN VA & DC
**ALSO ADMITTED IN CT

(914) 946-5900

FAX (914) 946-5906

January 28, 2021

**BY ECF**
Hon. Cathy Seibel
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Sentencing adjourned to 4/22/21 at 2:15 pm.

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.     1/28/21

Re:   **United States v. Maurisio Stewart**
      **20 Cr. 83 (CS)**

Dear Judge Seibel:

    I am writing, with the consent of the Government, to request that Mr. Stewart's sentencing, presently scheduled for February 26, 2021, be adjourned to April 22 at 2:15 p.m. Courtroom Deputy Walter Clark has advised that this date and time are available subject to the Court granting this request.

    The reason for the request is to permit counsel to continue obtaining records that are important in connection with a sentencing memorandum that will be filed on the defendant's behalf.

    Thank you for the Court's consideration of this request.

Respectfully submitted,

*Kerry A. Lawrence*

Kerry A. Lawrence

KAL/kvm

cc: AUSA Nicholas Bradley (via e-mail and ECF)