**MEMO ENDORSED**

# CALHOUN & LAWRENCE, LLP
### ATTORNEYS AT LAW
81 MAIN STREET
SUITE 504
WHITE PLAINS, NEW YORK 10601

CLINTON W. CALHOUN, III*
KERRY A. LAWRENCE**

REBECCA R. BROWN**

*ALSO ADMITTED IN VA & DC
**ALSO ADMITTED IN CT

(914) 946-5900

FAX (914) 946-5906

June 10, 2021

**BY ECF**
Honorable Cathy Seibel
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Application Granted / ~~Denied~~
So Ordered.

*Cathy Seibel*

Cathy Seibel, U.S.D.J.

Dated: 6/11/21

Re:   **United States v. Maurisio Stewart**
      **20 Cr. 83 (CS)**

Dear Judge Seibel:

     This letter is submitted to request an adjournment of the sentencing of Mr. Stewart, presently scheduled for June 29, to August 3 at 11:45 a.m.  The Government consents to this application.

     Yesterday I received a draft mitigation report from Nancy Tricamo, LCSW, the mitigation specialist who had been working to assist me in preparing for Mr. Stewart's sentencing.  The preparation of her report was delayed due to a myriad of difficulties she had over the last months in having access to meet with Mr. Stewart both virtually and in person.  These problems were a result of several issues at the Orange County Jail, none of which were the fault to Ms. Tricamo or Mr. Stewart.  Now that the draft report is prepared I need to review it and have Mr. Stewart review it as well.  As a result I am asking that Mr. Stewart's sentencing be adjourned.

Respectfully submitted,

*Kerry A. Lawrence*

Kerry A. Lawrence

cc: AUSA Nicholas Bradley (vie ECF and email)